

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Steel and Shipbuilding Company | Civil Action No.  12cv1147-MMA-MDD |
| Plaintiff, | |
| V. | |
| Century Indemnity Company | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Denies Plaintiff NASSCO's motion for partial summary judgment and Grants Defendant Century's motion for summary judgment.

Date:       8/2/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  S. Melvin
S. Melvin, Deputy